# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

COMPUTERIZED SCREENING, INC., )
a Nevada corporation, )

                  Plaintiff, )

       vs. )

LIFECLINIC INTERNATIONAL, INC., )
a Maryland corporation, )

            Defendant. )
_____ )

3:09-cv-465-RCJ (RAM)

**MINUTES OF THE COURT**

July 27, 2011

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

      Plaintiff has filed a Motion to Join New Defendant as Transferee of Assets in Defendant Lifeclinic International, Inc. (Doc. #40). Defendant has responded with a Notice of Non-Opposition (Doc. #41).

      Plaintiff's Motion to Join New Defendant as Transferee of Assets in Defendant Lifeclinic International, Inc. (Doc. #40) is **GRANTED**.

      **IT IS SO ORDERED.**

                    LANCE S. WILSON, CLERK

                    By:_____/s/_____
                         Deputy Clerk