## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| COMPUTERIZED SCREENING, INC., | ) | 3:09-cv-00465-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 31, 2012 |
| | ) | |
| LIFECLINIC INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the Court is Intervenor and Counter-Claimant Merge SH Holdings' (Merge Holdings) Unopposed Motion for Leave to File a Second Amended Answer, Affirmative Defenses, and Counterclaims In Intervention.  (Doc. # 86.)

Good cause appearing, Merge Holding's motion (Doc. #86) is **GRANTED.**  Merge Holdings shall have until August 17, 2012, to file its Second Amended Answer, Affirmative Defenses, and Counterclaims In Intervention.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
    Deputy Clerk