```
           FILED            RECEIVED
           ENTERED          SERVED ON
                    COUNSEL/PARTIES OF RECORD

                    DEC 1 0 2012

              CLERK US DISTRICT COURT
                 DISTRICT OF NEVADA
           BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| COMPUTERIZED SCREENING, INC., | )<br>) |
| Plaintiff, | ) |
| v. | ) 3:09-CV-00465-RCJ-WGC |
| LIFECLINIC INTERNATIONAL, INC., *et al.*, | )<br>) O R D E R |
| Defendant. | ) |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #108) entered on September 24, 2012, in which the Magistrate Judge recommends that the Court enter an order striking Lifeclinic's Second Amended Answer to First Amended Complaint, Affirmative Defenses, and Counterclaims (ECF #64). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #108).

IT IS HEREBY ORDERED that Lifeclinic's Second Amended Answer to First Amended Complaint, Affirmative Defenses, and Counterclaims (ECF #64) is STRICKEN from the record.

IT IS SO ORDERED this 10th day of December, 2012.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE